UNITED STATES DISTRICT COURT   FILED BY /6 D.C.
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

05 NOV -1  AM 11: 31

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**EARL JACKSON**    **JUDGMENT IN A CIVIL CASE**

v.

**SHELBY COUNTY MAYOR**    **CASE NO: 05-2604-D**
**A.C. WHARTON, et al.**

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on October 26, 2005, this cause is hereby dismissed.

**APPROVED:**

_[signature]_
**BERNICE B. DONALD**
**UNITED STATES DISTRICT COURT**

October 31, 2005
Date

THOMAS M. GOULD
Clerk of Court

_[signature]_
(By) / Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  11-2-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02604 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

Earl Jackson
SHELBY COUNTY JAIL
04138556
201 Poplar Avenue
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT